| | |
|---|---|
| 1 | **JAMES R. GREINER, ESQ.** |
| | CALIFORNIA STATE BAR NUMBER 123357 |
| 2 | **LAW OFFICES OF JAMES R. GREINER** |
| | 555 UNIVERSITY AVENUE, SUITE 290 |
| 3 | SACRAMENTO, CALIFORNIA 95825 |
| | TELEPHONE:(916) 649-2006 |
| 4 | FAX: (916) 920-7951 |
| | E MAIL: jaygreiner@midtown.net |
| 5 | |
| | ATTORNEY FOR DEFENDANT |
| 6 | CLIFFORD PALM |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.-S-07-00366-GEB |
| | ) | |
| PLAINTIFF, | ) | STIPULATION AND PROPOSED |
| | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE TO FRIDAY |
| | ) | JANUARY 15, 2010 |
| v. | ) | |
| | ) | |
| DONALD F. NEUHAUS, et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Matthew C. Stegman, and defendant Kimberly Snowden by her attorney Mr. Scott Tedmon, defendant Robert Eberle by his attorney Mr. Patrick K. Hanley, defendant Barbara Eberle by her attorney Mr. William J. Portanova, defendant Robert Koppel by his attorney Mr. Christopher H. Wing, defendant Mark Wolok by his attorney Mr. Chris Haydn-Myer and defendant Clifford Palm, by his attorney James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, September 11, 2009, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be vacated for the Court's calendar and a new status conference date may be set for **Friday, January 15,**

1

**2010, at 9:00 a.m.**

The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Friday, January 15, 2009.

All of the defendants are out of custody on pre-trial release conditions. There is no trial date set. The Court has previously made a finding that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. (See Docket Entries # 81, 101, 105 and 124). In addition, the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. (See Docket Entries # 81, 101, 105 and 124)

## STATUS OF THE CASE

Since the date of the last case status report filed on May 3, 2009, (See Docket # 128), the imaging of the voluminous discovery has been completed. The documents imaged in Dallas, Texas, were completed and provided to CJA defense counsel on July 24, 2009. The documents imaged in Oakland, California, were completed and provided to CJA defense counsel on August 25, 2009. The volume of discovery from the vendors in Dallas and Oakland totals approximately 577,000 pages. Additionally CJA defense counsel has been advised that the imaging projects were completed at approximately 35% under budget. In addition, new counsel for defendant Mark Wolok was just appointed to the case on June 30, 2009. (See Docket Entry # 130)

All of the discovery obtained by CJA defense counsel from Dallas and Oakland was delivered to the government on Thursday, August 27, 2009.

Now that the documents from Dallas and Oakland have been imaged and forwarded to CJA defense counsel and the government, a significant amount of time will need to be spent: 1- reviewing this voluminous discovery; 2-meeting with the defendants; 3-meeting and conferring with the defendants while going over the voluminous discovery; 4-CJA defense counsel are also considering and putting together an investigative request for the Court; 5- CJA defense counsel also are evaluating and considering potential expert witnesses; 6- CJA counsel while reviewing the voluminous discovery and meeting with the defendants are considering potential motions to be filed pre-trial with the Court.

Based on the record of the case to date and the information contained in the status reports to the Court and contained in the Stipulations, the parties agree and stipulate **to continue this case to Friday, January 15, 2010, at 9:00 a.m. for a further status conference.**

All parties agree and Stipulate that this Court can make the appropriate findings supported by the record in this case that this case is complex pursuant to the Speedy Trial Act, **Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2,** which allows the Court to make the finding that this case is so unusual or so complex**,** due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. (See Docket Entries # 81, 101, 105 and 124). In addition, the Court can make a finding from the record in this case, that time shall also be excluded under **local code T**-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act**.** (See Docket Entries # 81, 101, 105 and 124)

Respectfully submitted,

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ Matthew C. Stegman by e mail authorization

DATED: 9-4-09  _____
Matthew C. Stegman
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 9-4-09
/s/ Scott Tedmon by e mail authorization
_____
Scott Tedmon
Attorney for Defendant
Kimberly Snowden

DATED: 9-4-09  /s/ Patrick K. Hanley by e mail authorization
_____
Patrick K. Hanley
Attorney for Defendant
Robert Eberle

DATED 9-4-09  /s/ William J. Portanova by e mail authorization
_____
William J. Portanova
Attorney for Defendant
Barbara Eberle

DATED: 9-4-09  /s/ Christopher H. Wing by e mail authorization
_____
Christopher H. Wing
Attorney for Defendant
Robert Koppel

DATED: 9-4-09  /s/ Chris Hayden-Myer by e mail authorization
_____
Chris Hayden-Myer
Attorney for Defendant
Mark Wolok

DATED: 9-4-09  /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Clifford Palm

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: September 15, 2009

GARLAND E. BURRELL, JR.
United States District Judge

5