| | |
|---|---|
| 1 | LAW OFFICES OF SCOTT L. TEDMON |
| | A Professional Corporation |
| 2 | SCOTT L. TEDMON, CA. BAR # 96171 |
| | 717 K Street, Suite 227 |
| 3 | Sacramento, California 95814 |
| | Telephone: (916) 441-4540 |
| 4 | Email: tedmonlaw@comcast.net |

Attorney for Defendant
KIMBERLY SNOWDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DONALD FRED NEUHAUS, et al.,

    Defendants.

No. Cr. S-07-366 GEB

STIPULATION AND ORDER RE: MODIFICATION OF RELEASE CONDITIONS FOR DEFENDANT KIMBERLY SNOWDEN

    The United States of America, through Assistant U. S. Attorney Matthew C. Stegman, and defendant Kimberly Snowden, through her attorney Scott L. Tedmon, hereby stipulate that the pretrial release special condition #6 requiring Mrs. Snowden to seek and/or maintain employment and provide proof of same as requested by her pretrial services officer be removed from her conditions of release. This stipulation is being presented at the request of the parties as well as Pretrial Services Officer Becky Fidelman. Ms. Fidelman has reviewed the Snowden's family finances and determined that based on the income of Mrs. Snowden's husband, it is not necessary for Mrs. Snowden to work. Rather than working outside the home, Mrs. Snowden is able to stay at home to care for the family's children.

    Based on the foregoing, it is respectfully requested that the condition requiring Mrs. Snowden to seek and maintain employment be removed from her conditions of release.

- 1 -

| | |
|---|---|
| DATED: December 4, 2009 | Respectfully submitted,<br>BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Matthew C. Stegman<br>MATTHEW C. STEGMAN<br>Assistant U.S. Attorney |
| DATED: December 4, 2009 | LAW OFFICES OF SCOTT L. TEDMON |
| | /s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Defendant Kimberly Snowden |

**ORDER**

GOOD CAUSE APPEARING,

The previously imposed pretrial release special condition #6 requiring defendant Kimberly Snowden to seek and/or maintain employment and provide proof of same as requested by her pretrial services officer is hereby removed.

IT IS SO ORDERED.

DATED: December 4, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE