LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile: (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
KIMBERLY SNOWDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD F. NEUHAUS, et al.,<br><br>Defendants. | Cr. No. S-07-366 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME<br><br>Date: February 4, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

The United States of America, through Assistant U.S. Attorney Matthew C. Stegman, and defendant Kimberly Snowden, through her counsel Scott L. Tedmon; defendant Robert Eberle, through his counsel Timothy E. Warriner; defendant Barbara Eberle, through her counsel Joseph J. Wiseman; defendant Clifford Palm, through his counsel James R. Greiner; defendant Robert Koppel, through his counsel J. Toney, and defendant Mark Wolok, through his counsel Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. The current status conference in this case is set for Friday, February 4, 2011 at 9:00 a.m.

2. This Court has previously made a finding this case is complex pursuant to the Speedy Trial Act, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2], and excluded time based on complexity.

3. The volume of discovery in this case is extensive and totals approximately 590,000 pages.

- 1 -

This Court has previously made findings that counsel needs additional time for effective preparation and excluded time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), [Local Code T4]. Given the voluminous amount of discovery, counsel for each defendant needs additional time to continue the process of reviewing the discovery, to identify legal and factual issues, and to discuss the case with their respective clients. Counsel for all defendants understand and agree regarding the need for necessary additional time in order that defense counsel can properly and effectively prepare and concur in this request. Likewise, counsel for the government understands and agrees to the defense request for the necessary additional time for effective preparation and concurs in this request.

4. As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Friday, May 13, 2011 at 9:00 a.m. The Court's availability for the May 13, 2011 status conference date has been confirmed. Jury trial in this case has been set for September 11, 2012.

5. Accordingly, the parties stipulate the Court should find that time be excluded through May 13, 2011 under the Speedy Trial Act based case complexity pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2], and on defense counsel's need for additional time to effectively prepare pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: February 2, 2011     BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant United States Attorney

DATED: February 2, 2011     LAW OFFICES OF SCOTT L. TEDMON

 /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Kimberly Snowden

| | | |
|---|---|---|
| DATED: February 2, 2011 | | LAW OFFICES OF TIMOTHY E. WARRINER |
| | | /s/ Timothy E. Warriner |
| | | TIMOTHY E. WARRINER |
| | | Attorney for Defendant Robert Eberle |
| DATED: February 2, 2001 | | LAW OFFICES OF JOSEPH J. WISEMAN |
| | | /s/ Joseph J. Wiseman |
| | | JOSEPH J. WISEMAN |
| | | Attorney for Defendant Barbara Eberle |
| DATED: February 2, 2011 | | LAW OFFICES OF JAMES R. GREINER |
| | | /s/ James R. Greiner |
| | | JAMES R. GREINER |
| | | Attorney for Defendant Clifford Palm |
| DATED: February 2, 2011 | | LAW OFFICES OF J. TONEY |
| | | /s/ J. Toney |
| | | J. TONEY |
| | | Attorney for Defendant Robert Koppel |
| DATED: February 2, 2011 | | LAW OFFICES OF CHRISTOPHER HAYDN-MYER |
| | | /s/ Christopher Haydn-Myer |
| | | CHRISTOPHER HAYDN-MYER |
| | | Attorney for Defendant Mark Wolok |

# **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(B)(ii), [Local Code T2], case complexity; and 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], reasonable time necessary for effective counsel preparation, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this case is continued to Friday, May 13, 2011, at 9:00 a.m., for status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(7)(B)(ii), [Local Code T2] and 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], the period from February 4, 2011, to and including May 13, 2011, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: February 3, 2011

GARLAND E. BURRELL, JR.
United States District Judge