LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile: (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
KIMBERLY SNOWDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-07-366 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME |
| v. ) | |
| ) | |
| DONALD F. NEUHAUS, et al., ) | Date: May 13, 2011 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. Garland E. Burrell, Jr. |

The United States of America, through Assistant U.S. Attorney Matthew C. Stegman, and defendant Kimberly Snowden, through her counsel Scott L. Tedmon; defendant Robert Eberle, through his counsel Timothy E. Warriner; defendant Barbara Eberle, through her counsel Joseph J. Wiseman; defendant Clifford Palm, through his counsel James R. Greiner; defendant Robert Koppel, through his counsel J. Toney, and defendant Mark Wolok, through his counsel Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. The current status conference in this case is set for Friday, May 13, 2011 at 9:00 a.m.

2. This Court has previously made a finding this case is complex pursuant to the Speedy Trial Act, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2], and excluded time based on complexity.

1   3. The volume of discovery in this case is extensive and totals approximately 590,000 pages. This Court has previously made findings that counsel needs additional time for effective preparation and excluded time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), [Local Code T4]. Given the voluminous amount of discovery, counsel for each defendant needs additional time to continue the process of reviewing the discovery, to identify legal and factual issues, and to discuss the case with their respective clients. Counsel for all defendants understand and agree regarding the need for necessary additional time in order that defense counsel can properly and effectively prepare and concur in this request. Likewise, counsel for the government understands and agrees to the defense request for the necessary additional time for effective preparation and concurs in this request.

4. As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Friday, September 30, 2011 at 9:00 a.m. The Court's availability for the September 30, 2011 status conference date has been confirmed. At the September 30, 2011 status conference, the parties anticipate that a motion schedule will be set. Jury trial in this case has been set for September 11, 2012.

5. Accordingly, the parties stipulate the Court should find that time be excluded through September 30, 2011 under the Speedy Trial Act based case complexity pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2], and on defense counsel's need for additional time to effectively prepare pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: May 10, 2011        BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant United States Attorney

| | | |
|---|---|---|
| DATED: May 10, 2011 | | LAW OFFICES OF SCOTT L. TEDMON |

 /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Kimberly Snowden

DATED: May 10, 2011            LAW OFFICES OF TIMOTHY E. WARRINER

/s/ Timothy E. Warriner
TIMOTHY E. WARRINER
Attorney for Defendant Robert Eberle

DATED: May 10, 2001            LAW OFFICES OF JOSEPH J. WISEMAN

 /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant Barbara Eberle

DATED: May 10, 2011            LAW OFFICES OF JAMES R. GREINER

 /s/ James R. Greiner
JAMES R. GREINER
Attorney for Defendant Clifford Palm

DATED: May 10, 2011            LAW OFFICES OF J. TONEY

 /s/ J. Toney
J. TONEY
Attorney for Defendant Robert Koppel

DATED: May 10, 2011            LAW OFFICES OF CHRISTOPHER HAYDN-MYER

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant Mark Wolok

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(B)(ii), [Local Code T2], case complexity; and 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], reasonable time necessary for effective counsel preparation, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this case is continued to Friday, September 30, 2011, at 9:00 a.m., for status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(7)(B)(ii), [Local Code T2] and 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], the period from May 13, 2011, to and including September 30, 2011, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: May 11, 2011

GARLAND E. BURRELL, JR.
United States District Judge