**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
CLIFFORD PALM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF<br><br>v.<br><br>DONALD F. NEUHAUS, et al.,<br><br><br>    DEFENDANTS. | CR.-S-07-00366-GEB<br><br><br>STIPULATION AND PROPOSED ORDER AMENDING MOTION SCHEDULE; FINDING EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT |

    The United States of America, by its counsel, Assistant United States Attorney, Mr. R. Steven Lapham and defendant Kimberly Snowden through her counsel Mr. Scott Tedmon, defendant Robert Eberle through his counsel Mr. Timothy E. Warriner, defendant Barbara Eberle through her counsel Mr. Joseph J. Wiseman, defendant Robert Koppel through his counsel J. Toney, defendant Mark Wolok through his counsel, Mr. Chris Haydn-Myer and defendant Clifford Palm, through his counsel James R. Greiner, hereby stipulate and agree as follows:

    1. The current motion schedule is as follows: Defense Motions due March 2, 2012: Government Response due March 30, 2012; Defense Reply due April 13, 2012; Hearing on Motions set for April 27, 2012 at 9:00 a.m..

1

2. This Court previously made an ends of justice finding regarding the preparation and filing of defense motions pursuant to Title 18 U.S.C. section 3161(h)(7)(A); and excluded time pursuant to Title 18 section 3161(h)(7)(B)(iv); [Local Code T4] through March 2, 2012 to allow necessary time for the preparation and filing of defense motions.

3. Given the voluminous amount of discovery, which approximates 800,000 pages, and the complexity of certain pretrial motions being researched and contemplated for filing, defense counsel needs additional time to properly and effectively prepare pretrial motions. As such, all parties agree in this request to amend the current motion schedule and set a new hearing date in this matter.

4. The Government and all defense counsel stipulate and agree it is appropriate to amend that motion schedule as follows: Defense Motions due March 30, 2012; Government Oppositions due April 27, 2012; Defense Reply due May 18, 2012; Hearing on Motions June 1, 2012, at 9:00 a.m.. Courtroom Deputy Clerk Shani Furstenau has confirmed the requested hearing date of June 1, 2012 at 9:00 a.m. is available. Jury Trial in this case has been set for September 11, 2012.

5. Accordingly, the parties stipulate that pursuant to Title 18 U.S.C. section 3161(h)(7(B)(iv) [Local Code T4], the Court find that time be excluded through March 30, 2012, the proposed date for the filing of the defense motions, based on defense counsel's need for additional time to properly and effectively prepare pretrial motions, and pursuant to Title 18 U.S.C. section (h)(7)(A), that the Court find that the ends of justice in amending the motion schedule outweigh the best interests of the public and the defendants in a speedy trial.

Finally, James R. Greiner has been authorized by all counsel to sign this stipulation on their behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ R. Steven Lapham

DATED: 3-1-12

R. Steven Lapham
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 3-1-12            /s/ Scott Tedmon

Scott Tedmon
Attorney for Defendant
Kimberly Snowden

DATED: 3-1-12            /s/ Timothy E. Warriner

Timothy E. Warriner
Attorney for Defendant
Robert Eberle

DATED 3-1-12             /s/ Joseph J. Wiseman

Joseph J. Wiseman
Attorney for Defendant
Barbara Eberle

DATED: 3-1-12            /s/ J. Toney

J. Toney
Attorney for Defendant
Robert Koppel

DATED: 3-1-12            /s/ Chris Hayden-Myer

Chris Hayden-Myer
Attorney for Defendant
Mark Wolok

DATED: 3-1-12            /s/ James R. Greiner

James R. Greiner
Attorney for Defendant
Clifford Palm

# ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds it reasonable and appropriate that the motion schedule be amended as agreed upon by all parties, and that time be excluded under the Speedy Trial Act pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv) [Local Code T4], based on defense counsel's need for additional time to properly and effectively prepare pretrial motions and further finds that pursuant to Title 18 U.S.C section 3161(h)(7)(A), the ends of justice in granting this amended motion schedule outweigh the best interests of the public and the defendants in a speedy trial. Accordingly,

IT IS ORDERED the motion schedule is amended as follows: Defense Motions due march 30, 2012; Government Oppositions due April 27, 2012; Defense Reply due May 18, 2012; Hearing on Motions June 1, 2012, at 9:00 a.m..

IT IS FURTHER ORDERED that based on the foregoing pursuant to Title 18 U.S.C. section (h)(7)(B)(iv [Local Code T4] the period from March 2, 2012, the date on which defense motions were previously due and through March 30, 2012, the date on which defense motions are now due for filing, is excluded from the computations required by the Speedy Trial Act. Additionally, based on the foregoing ,the Court finds that pursuant to Title 18 U.S.C. section 3161(h)(7)(A), the ends of justice in granting this amended motion schedule outweigh the best interests of the public and the defendants in a speedy trial

**IT IS SO ORDERED.**

Dated: March 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

4