```
 1  LAW OFFICES OF SCOTT L. TEDMON
    A Professional Corporation
 2  SCOTT L. TEDMON, CA. BAR # 96171
    980 Ninth Street, 16th Floor
 3  Sacramento, California 95814
    Telephone: (916) 449-9985
 4  Facsimile:  (916) 446-7104
    Email: tedmonlaw@comcast.net
 5
    Attorney for Defendant
 6  KIMBERLY SNOWDEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD F. NEUHAUS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Cr. No. S-07-366 GEB <br><br> STIPULATION AND <br> ORDER CONTINUING TRIAL <br> CONFIRMATION HEARING; <br> FINDING OF EXCLUDABLE TIME <br><br> Date:  July 13, 2012 <br> Time:  9:00 a.m. <br> Judge: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorneys R. Steven Lapham and Lee S. Bickley; defendant Kimberly Snowden, through her counsel Scott L. Tedmon; defendant Clifford Palm, through his counsel James R. Greiner; defendant Robert Koppel, through his counsel J. Toney, and defendant Mark Wolok, through his counsel Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. By previous order, the trial confirmation hearing is set on July 13, 2012 at 9:00 a.m.

2. By this stipulation, the above-named defendants now move to continue the trial confirmation hearing until August 3, 2012 at 9:00 a.m., and to exclude time between July 13, 2012 and August 3, 2012 under Local Code T4.  Plaintiff does not oppose this request.

- 1 -

3. The parties agree and stipulate, and request the Court find the following:

    a.    Counsel for each defendant desires additional time to consult with their respective client in reviewing the charges and discuss a potential pre-trial resolution of the case.

    b.    Counsel for each defendant believes that failure to grant the above-requested continuance would deny their respective client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c.    Plaintiff does not object to the continuance.

    d.    Based on the above-stated findings, the ends of justice served by continuing the trial confirmation hearing as requested outweigh the best interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from July 13, 2012 to August 3, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3151(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: July 11, 2012        BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Lee S. Bickley
                                     R. STEVEN LAPHAM
                                     LEE S. BICKLEY
                                     Assistant United States Attorneys
                                     Attorney for Plaintiff United States

| | | |
|---|---|---|
| 1 | DATED: July 11, 2012 | LAW OFFICES OF SCOTT L. TEDMON |
| 2 | | /s/ Scott L. Tedmon |
| | | SCOTT L. TEDMON |
| 3 | | Attorney for Defendant Kimberly Snowden |
| 4 | DATED: July 11, 2012 | LAW OFFICES OF JAMES R. GREINER |
| 5 | | /s/ James R. Greiner |
| | | JAMES R. GREINER |
| 6 | | Attorney for Defendant Clifford Palm |
| 7 | DATED: July 11, 2012 | LAW OFFICES OF J. TONEY |
| 8 | | /s/ J. Toney |
| | | J. TONEY |
| 9 | | Attorney for Defendant Robert Koppel |
| 10 | DATED: July 11, 2012 | LAW OFFICES OF CHRISTOPHER HAYDN-MYER |
| 11 | | /s/ Christopher Haydn-Myer |
| | | CHRISTOPHER HAYDN-MYER |
| 12 | | Attorney for Defendant Mark Wolok |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 12, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge