| | |
|---|---|
| 1 | LAW OFFICES OF SCOTT L. TEDMON |
| 2 | A Professional Corporation |
|   | SCOTT L. TEDMON, CA. BAR # 96171 |
| 3 | 980 Ninth Street, 16th Floor |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 449-9985 |
| 5 | Facsimile: (916) 446-7104 |
| 6 | Attorney for Defendant |
|   | KIMBERLY SNOWDEN |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No. 2:07-CR-366-GEB
                          )
            Plaintiff,    ) **STIPULATION AND [PROPOSED]**
                          ) **ORDER RE: RESTITUTION**
      vs.                 )
                          )
DONALD NEUHAUS, et al.,   )
                          )
            Defendants.   )
_____)

Plaintiff United States of America, by and through Assistant United States Attorney Lee S. Bickley, and defendant Kimberly Snowden, by and through counsel Scott L. Tedmon, hereby stipulate and agree as follows:

In the plea agreement filed on August 3, 2012 (Document 226), beginning at page 2, line 26, and continuing through page 3, line 4, the parties agreed to restitution as follows:

"**B. Restitution:** The Mandatory Victim Restitution Act requires the Court to order restitution to victims of certain offenses. The parties stipulate that the defendant will pay full restitution in the amount of $627,621.77. The

restitution in this criminal case is the same as was ordered by the Court in the Securities and Exchange ("SEC") civil matter against the defendant and is not intended to be in addition to the amount ordered in the SEC matter."

Based on the terms of the plea agreement, the parties request the Court order the defendant to pay restitution in the amount of $627,621.77. Additionally, the parties agree the Court's order shall also state the restitution amount of $627,621.77 is the same amount as was ordered by the Court on November 5, 2009 in *Securities and Exchange Commission v. Secure Investment Services, Inc., et al.*, Case No. 2:07-cv-01724-GEB (Document 692), and this criminal restitution order is not in addition to the amount ordered by the Court on November 5, 2009 in *Securities and Exchange Commission v. Secure Investment Services, Inc., et al.*, Case No. 2:07-cv-01724-GEB.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: January 15, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Lee S. Bickley<br>LEE S. BICKLEY<br>Assistant United States Attorney |
| DATED: January 15, 2014 | LAW OFFICES OF SCOTT L. TEDMON |
| | /s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Defendant Kimberly Snowden |

# ORDER

Based on the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that defendant Kimberly Snowden shall pay restitution in the amount of $627,621.77. Payment shall be in accordance with the Court's Order dated November 5, 2009 in *Securities and Exchange Commission v. Secure Investment Services, Inc., et al.*, Case No. 2:07-cv-01724-GEB.

**IT IS FURTHER ORDERED** this restitution amount of $627,621.77 is the same amount as was ordered by the Court on November 5, 2009 in *Securities and Exchange Commission v. Secure Investment Services, Inc., et al.*, Case No. 2:07-cv-01724-GEB (Document 692), and this criminal restitution order is not in addition to the amount ordered by the Court on November 5, 2009 in *Securities and Exchange Commission v. Secure Investment Services, Inc., et al.*, Case No. 2:07-cv-01724-GEB.

**IT IS SO ORDERED.**

**Dated: January 15, 2014**

GARLAND E. BURRELL, JR.
Senior United States District Judge