PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-cr-00366-KJM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| KIMBERLY SNOWDEN, | |
| Defendant. | |

**O R D E R**

This matter came before the Court on the United States' request to allow distribution of restitution payments in this case. The Court orders that past and future restitution payments made by Kimberly Snowden be paid to the Securities and Exchange Commission ("SEC") in credit of Snowden's restitution obligation. In addition, Snowden should be credited $12,366.32 on her restitution obligation from a previous payment to the Securities and Exchange Commission. This Order does not change the amount of any defendant's restitution or otherwise modify the judgments or restitution ordered in this case as to any defendant.

1

Any payments from the Clerk's Office to the SEC should be accompanied by a letter specifying that payment is made pursuant to the Final Judgment in *Securities and Exchange Commission v. Secure Investment Services, Inc. et al*, No. 2:07-cv-01724-GEB-CMK (E.D. Cal.) and that the amount is being paid by or for the debt of defendant, Kimberly A. Snowden. Checks or money orders payable to the SEC should be mailed to the address below:

> Enterprise Services Center
> Accounts Receivable Branch
> HQ Bldg, Room 265, AMK-326
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

IT IS SO ORDERED.

DATED:  June 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE